UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **SHERMAN WOODLAND,** | ) | |
| | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | |
| | ) | **Judge** |
| v. | ) | |
| | ) | **Magistrate Judge** |
| **B.M. VIDA 19863 AND S.N.** | ) | |
| **LIBREROS, Individually, and the** | ) | **JURY DEMAND** |
| **CITY OF CHICAGO, a Municipal** | ) | |
| **Corporation,** | ) | |
| **Defendants.** | ) | |

## COMPLAINT

**NOW COMES** the Plaintiff, SHERMAN WOODLAND, by and through his attorneys, Gregory E. Kulis & Associates, Ltd. and complaining against the Defendants, B.M. VIDA 19863 and S.N. LIBREROS**,** individually and THE CITY OF CHICAGO as follows:

## COUNT I – FALSE ARREST

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Indiana, to redress deprivations of the Civil Rights of the Plaintiff, SHERMAN WOODLAND, accomplished by acts and/or omissions of Defendants, B.M. VIDA 19863 and S.N. LIBREROS and the CITY OF CHICAGO committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, SHERMAN WOODLAND, was at all relevant times, a resident of the State of Illinois.

4. At all relevant times, the Defendants, B.M. VIDA 19863 AND S.N. LIBREROS were duly appointed Chicago Police Officers acting within the scope of their employment and under color of law.

5. On or about October 30, 2020, the Plaintiff, SHERMAN WOODLAND, was walking in the vicinity of the 1200 block of S. Tripp in Chicago, Illinois.

6. The Plaintiff was not committing any crime or breaking any laws.

7. The Defendants stopped the Plaintiff and took him into custody for being involved in a paintball attack.

8. The Plaintiff questioned why he was being stopped and taken into custody.

9. The Plaintiff denied being involved in a paintball attack.

10. The Plaintiff was not in custody of a paintball gun and was not viewed shooting a paintball gun at anyone.

11. Without any facts to support any charge, the Plaintiff was handcuffed and taken into custody.

12. At all relevant times, the Defendants B.M. VIDA 19863 AND S.N. LIBREROS were acting pursuant to the customs and policies of the Chicago Police Department.

13. The actions of the Defendant, B.M. VIDA 19863 AND S.N. LIBREROS were intentional, willful and with malice.

14. Said actions of the Defendants, B.M. VIDA 19863 AND S.N. LIBREROS violated the Plaintiff, SHERMAN WOODLAND's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

15. As a direct and proximate consequence of said conduct of the Defendant, B.M. VIDA 19863 AND S.N. LIBREROS, the Plaintiff, SHERMAN WOODLAND suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, pain, and suffering.

**WHEREFORE**, the Plaintiff, SHERMAN WOODLAND, prays for judgment in his favor and against the Defendant, B.M. VIDA 19863 AND S.N. LIBREROS, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT II - INDEMNIFICATION

1-15. The Plaintiff, SHERMAN WOODLAND, hereby realleges and incorporates his allegations of paragraphs 1-15 of Count I as his respective allegations of paragraphs 1-15 of Count II as though fully set forth herein.

16. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

17. The Defendants, B.M. VIDA 19863 AND S.N. LIBREROS, were employees of THE CITY OF CHICAGO, who acted within the scope of their employment in committing the misconduct described herein.

**WHEREFORE**, should the individual Defendants, be found liable for any of the acts alleged above, the Defendant, THE CITY OF CHICAGO, would be liable to pay the Plaintiff, SHERMAN WOODLAND any judgment obtained against the Defendants.

## JURY DEMAND

The Plaintiff, SHERMAN WOODLAND hereby requests a trial by jury.

Respectfully submitted,

*/s/ Gregory E. Kulis*
Gregory E. Kulis

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**

3